# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

RICARDO SANTIAGO-ROMAN,

                           Plaintiff,              20 **CIVIL** 9547 (SLC)

         -v-                                **JUDGMENT**

KILOLO KIJAKAZI,[1]
ACTING COMMISSIONER
OF SOCIAL SECURITY,

                        Defendant.

------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated July 27, 2021, that this action be, and hereby is, remanded to the Acting Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings.

**Dated:**  New York, New York
            July 27, 2021

                                                     **RUBY J. KRAJICK**
                                                             Clerk of Court
                                        **BY:**
                                                              Deputy Clerk